UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIRA O. SANTOS,

                              Plaintiff,

                    -against-

NEMBHARD, DOC # 1777,

                              Defendant.

23-CV-2735 (JPO)

ORDER OF SERVICE

J. PAUL OETKEN, United States District Judge:

Plaintiff Indira O. Santos, who is currently detained at the Rose M. Singer Center

("RMSC") on Rikers Island, brings this *pro se* action under 42 U.S.C. § 1983, alleging that

Defendants violated her rights. By order dated April 3, 2023, the Court granted Plaintiff's request

to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

## DISCUSSION

### A.    RMSC Captain Nembhard, Shield # 1777

The Clerk of Court is directed to notify the New York City Department of Correction and

the New York City Law Department of this order. The Court requests that RMSC Captain

Nembhard, Shield # 1777, waive service of summons.

### B.    Local Civil Rule 33.2

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to

respond to specific, court-ordered discovery requests, applies to this action. Those discovery

requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil

Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been
granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

service of the complaint, Defendant must serve responses to these standard discovery requests. In her responses, Defendant must quote each request verbatim.[2]

## CONCLUSION

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendant RMSC Captain Nembhard, Shield # 1777, waive service of summons.

The Clerk of Court is directed to mail an information package to Plaintiff.

Local Civil Rule 33.2 applies to this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    May 11, 2023
          New York, New York

                                          J. PAUL OETKEN
                                    United States District Judge

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.