

```
                    USDC SDNY
                    DOCUMENT
                    ELECTRONICALLY FILED
                    DOC #:_____
                    DATE FILED: 10/20/2023
```

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ALEXANDRA CORSI
*Senior Counsel*
Phone: (212) 356-3545
Fax: (212) 356-3509
Email: acorsi@law.nyc.gov

October 20, 2023

**VIA ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Granted.  The conference is adjourned.

SO ORDERED:

10/20/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: Santos v. Nembhard
23 Civ. 02735 (JPO) (RWL)

Your Honor:

I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendant Lashane Nembhard in the above-referenced matter.[1] I write pursuant to Your Honor's Individual Practices in Civil Cases to request an adjournment of the initial conference currently scheduled for October 23, 2023 at 11:00 AM. This is defendant's first request of this kind and plaintiff's counsel consents to this request. Should the Court be inclined to grant this request, counsel for the parties are available on October 24, 2023 and October 26, 2023 for the initial conference.

The reason for this request is that ACC Kim is scheduled for her in-person New York Bar admission swearing-in ceremony at the Appellate Division – First Department during this time. As noted herein, ACC Kim is the attorney handling the defense of this matter under my supervision. For this reason, defendant respectfully requests an adjournment of the initial conference currently scheduled for October 23, 2023 at 11:00 AM to either October 24, 2023 or October 26, 2023 of that week.

---

[1] This case has been assigned to Assistant Corporation Counsel Esther Kim, who is awaiting admission to the New York Bar. Ms. Kim is handling this matter under my supervision and may be reached at (212) 356-2340 or eunkim@law.nyc.gov.

2

I thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ *Alexandra Corsi*

Alexandra Corsi
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
    *All counsel of record*