# THE ABOUSHI LAW FIRM, PLLC

**1441 Broadway Fifth Floor**  
**New York, NY 10018**  
**Telephone: (212) 391-8500**

**4922 4th Ave**  
**Brooklyn, NY 11220**  
**www.Aboushi.com**

---

November 21, 2023

**BY: ECF**  
Hon. Robert W. Lehrburger  
United States Magistrate Judge  
500 Pearl St  
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/22/2023

Re: **Santos vs. Nembhard**  
**23-cv-2735 (JPO) (RWL)**

Dear Hon. Lehrburger,

    We represent Plaintiff Indira Santos in this matter. The parties write jointly pursuant to section I.F. of Your Honor's Individual Practices in Civil Cases to respectfully request a forty-five (45) day stay on all discovery pending the engagement of settlement discussions for this matter. Should the Court be inclined to grant this request, a Revised Case Management Plan and Scheduling Order is attached.

    The reason for this request is that on November 21, 2023, counsel for the parties conferred as to the possible early settlement of this matter prior to continuing with current discovery. Accordingly, the parties respectfully request a forty-five (45) day stay on all discovery pending the engagement of settlement discussions for this matter.

    We thank Your Honor for your time and consideration in this matter.

Respectfully Submitted,

/s/  
Tahanie A. Aboushi, Esq.

The parties shall file a joint status report within five days of settlement or 45 days from entry of this order, whichever is less

SO ORDERED:

11/22/2023

HON. ROBERT W. LEHRBURGER  
UNITED STATES MAGISTRATE JUDGE

Cc: **BY ECF**  
To all counsel